# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | | |
|---|---|---|
| DAVID ELLIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:21-cv-00025 |
| | ) | |
| v. | ) | Hon. Diana Saldaña |
| | ) | |
| SCHNEIDER NATIONAL, INC., ET AL., | ) | Magistrate Diana Song Quiroga |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to this Court's April 19, 2022 Order and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Schneider National Carriers, Inc.,[1] by and through its attorneys, McGuireWoods LLP, state that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, and/or other entities are financially interested in the outcome of this litigation:

1. Plaintiff David Ellis

2. Defendant Schneider National Carriers, Inc. is a wholly-owned subsidiary of Schneider National, Inc. ("SNI"). SNI is a publicly traded on the New York Stock Exchange under the ticker symbol "SNDR."

Dated: May 4, 2022

Respectfully submitted,

By: /s/ *Peter A. Milianti*
Peter A. Milianti
(admitted *pro hac vice*, signed with permission of Attorney-in Charge)
pmilianti@mcguirewoods.com
McGUIREWOODS LLP
77 West Wacker, Suite 4100
Chicago, Illinois 60601
(312)849-8100 Telephone
(312)849-3690 Facsimile

---

[1] Plaintiff incorrectly named Schneider as "Schneider National, Inc."

Meghaan C. Madriz
*Attorney-in-Charge*
mmadriz@mcguirewoods.com
Texas Bar No. 24070241
S.D. Tex. No. 1062431
McGUIREWOODS LLP
600 Travis Street, Suite 7500
Houston, Texas 77002
(832) 255-6365 Telephone
(832) 214-9935 Facsimile

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 4, 2022, a true copy of the foregoing was filed with the Court using the CM/ECF system. I also certify that on May 4, 2022, copies of the foregoing filing were sent to Plaintiff via certified mail and email at the following addresses, in accordance with the Court's July 22, 2021 Order (Doc. 24):

>David E. Ellis
>2700 E. Saunders – Unit 2422
>Laredo, TX  78044-1035
>
>David E. Ellis
>P.O. Box 2422
>Laredo, TX 78044-2422
>
>DavidEllis2@msn.com

>>>*/s/ Peter A. Milianti*
>>>Attorney