United States District Court
Southern District of Texas
**ENTERED**
September 26, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | |
|---|---|
| **DAVID EDWARD ELLIS,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:21-CV-00025 |
| § | |
| **SCHNEIDER NATIONAL, INC.,** *et al.*, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum & Order signed on September 26, 2023, it is hereby ORDERED that:

(1) Defendant Schneider National's opposed Motion for Summary Judgment (Dkt. 66) regarding Plaintiff's remaining claims, for religious discrimination under Title VII and for retaliation under Title VII, is GRANTED.

(2) Plaintiff Ellis's Cross-Motion for Summary Judgment (Dkt. 68) on the above claims is DENIED.

(3) This case is DISMISSED with PREJUDICE.

(4) In compliance with Rule 58 of the Federal Rules of Civil Procedure, the Court sets out its judgment "in a separate document." FED. R. CIV. P. 58.

This is a FINAL JUDGMENT.

SIGNED this September 26, 2023.

_____
Diana Saldaña
United States District Judge